IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | ) <br> ) **CIVIL ACTION NO.** <br> ) **1:23-mi-00007-WMR-JCF** |
| *Petitioner*, | ) <br> ) |
| v. | ) <br> ) |
| **NATIONAL CREDIT SYSTEMS, INC.,** | ) <br> ) <br> ) |
| *Respondent*. | ) <br> ) |

### UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL BY NATIONAL CREDIT SYSTEMS, INC.

**COMES NOW**, National Credit Systems, Inc. and pursuant to Federal Rule of Civil Procedures 26 and the Procedures for Electronic Filing Under Seal in Civil Cases (ND. Ga. S.O. 10-01 app. H), hereby moves the Court for leave to file under seal certain documents comprising its Response In Opposition To Amended Petition To Enforce Civil Investigative Demand ("Response"), the Declaration of John H. Bedard, Jr., and the Declaration of Joel Lackey along with their respective Exhibits.

The Response and the declarations of Bedard and Lackey contain NCS's written responses to the Civil Investigative Demand and examples of detailed reports produced by NCS. The Response and reports contain proprietary

1

information, confidential and commercially sensitive information, price and wage information, and the personally identifiable information of individual consumers. The Response and reports also include NCS's business structure, business practices, and consumer account data. NCS consulted with the Bureau to obtain consent to file these materials under seal. The Bureau does not oppose NCS's request to file these materials under seal and then designate the portions that will be made public within 21 days after NCS files its Response. Good cause exists for allowing NCS to file these documents under seal.

NCS proposes to file these documents under seal, then to confer with the Bureau to identify all specific portions of the documents which should be protected from public disclosure. Then, after those portions are identified, NCS would perform the appropriate redactions and then file redacted versions on the public record (similar to process the Bureau used to file its Amended Petition under seal.)

Federal Rule of Civil Procedure 26(c)(1)(G) permits the Court to seal documents containing "trade secret or other confidential research, development, or commercial information." *See also* 12 C.F.R. § 1070.45(a)(4). The party asserting confidentiality must show that good cause exists to protect the information from disclosure. *Holiday Hosp. Franchising, LLC v. J&W Lodging, LLC*, No. 1:17-CV-01663-ELR, 2021 U.S. Dist. LEXIS 134162, at *22 n.4 (N.D. Ga. July 12, 2021)(citation omitted). Courts in this Circuit have found that good cause exists to

seal information regarding a company's financial data and records. *Id*. (citations omitted).

NCS respectfully requests that the Court grant this Motion and grant leave to file its Response and the declarations of Bedard and Lackey under seal. Additionally, so that only those materials that are legitimately trade secrets or confidential are kept from public view, NCS proposes that within 21 days from the filing of the documents under seal NCS will (1) identify with specificity those portions of the filings that it contends are in fact confidential or trade secrets, (2) meet and confer with the Bureau regarding those identified portions, and (3) file redacted versions of the sealed documents with the Court on the public record. A proposed order is submitted herewith.

NCS respectfully requests that this unopposed motion be inquired into and granted.

This 17th day of December, 2024.                Respectfully submitted,

                                                BEDARD LAW GROUP, P.C.

                                                */s/John H. Bedard, Jr.*
                                                John H. Bedard, Jr.
                                                Georgia Bar No. 043473

                                                *Counsel for Respondent,*
                                                *National Credit Systems, Inc.*

Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096

Telephone: (678) 253-1871
E-mail: jbedard@bedardlawgroup.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This 17th day of December.    Respectfully submitted,

BEDARD LAW GROUP, P.C.

*/s/John H. Bedard, Jr.*
John H. Bedard, Jr.
Georgia Bar No. 043473

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | ) <br> ) **CIVIL ACTION NO.** <br> ) **1:23-mi-00007-WMR-JCF** |
| *Petitioner*, | ) <br> ) |
| v. | ) <br> ) |
| **NATIONAL CREDIT SYSTEMS, INC.,** | ) <br> ) <br> ) |
| *Respondent*. | ) <br> ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed this Unopposed Motion For Leave To File Documents Under Seal by National Credit Systems, Inc. using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Akash Desai
Akash.Desai@usdoj.gov

Sarah Baldwin
Sarah.Baldwin@cfpb.gov

Christine Kirby
Christine.Kirby@cfpb.gov

This 17th December, 2024               Respectfully submitted,

                                       BEDARD LAW GROUP, P.C.

5

*/s/John H. Bedard, Jr.*
John H. Bedard, Jr.
Georgia Bar No. 043473
