IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) <br> ) CIVIL ACTION NO. <br> ) ~~1:23-mi-00007-TRJ-JCF~~ |
| *Petitioner*, | ) 1:24-CV-05809-TRJ-JCF <br> ) |
| v. | ) <br> ) |
| NATIONAL CREDIT SYSTEMS, INC., | ) <br> ) <br> ) |
| *Respondent.* | ) <br> ) |

### SUPPLEMENTAL DECLARATION OF JOEL LACKEY IN SUPPORT OF NCS'S RESPONSE TO AMENDED PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND

Pursuant to 28 U.S.C. §1746, I, Joel Lackey, declare as follows:

1. My name is Joel Lackey and I currently serve as the President of National Credit Systems, Inc.

2. On December 17, 2024, I submitted my declaration in support of NCS's response to the Bureau's Amended Petition to Enforce the Civil Investigative Demand.

3. Before submitting the declaration I carefully reviewed the entirety of the declaration to confirm its accuracy and completeness.

1

4. Since submitting the declaration, I have again reviewed my declaration and submit this supplement to clarify a statement I made.

5. Paragraph 9 of my declaration says, "NCS has produced approximately 30 gigabytes of data comprising thousands of files relating to more than 9 million debt accounts."

6. I now correct and clarify this statement to say, "NCS has produced approximately 30 gigabytes of data comprising thousands of files relating to more than 9 million *records.*"

7. The reason for the distinction is because NCS provided more than one record relating to the same debt account, making the applicable number of debt accounts less than 9 million. NCS provided more than 9 million records relating to the debt accounts collected by NCS.

8. Reference to this statement in NCS's response in opposition to the Amended Petition should be understood in consideration of this clarification.

I declare under penalty of perjury that the foregoing is true and correct.

This 7th day of January, 2025.

Respectfully submitted,

_____
Joel Lackey
President, National Credit Systems, Inc.