IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL, PROTECTION BUREAU | ) )  CIVIL ACTION NO.: ) 1:24-cv-5809-TRJ-JCF |
| Petitioner, | ) ) |
| v. | ) ) |
| NATIONAL CREDIT SYSTEMS INC. | ) ) ) |
| Respondent. | ) ) ) |

### RESPONSE TO MAGISTRATE JUDGE FULLER'S REPORT AND RECOMMENDATION

COMES NOW, Respondent, National Credit Systems, Inc. ("NCS"), and submits this Response to *Magistrate Judge Fuller's Report and Recommendation* (ECF Doc. No. 42) stating as follows:

On January 27, 2025, Magistrate Judge Fuller issued his Report and Recommendation recommending the Petitioner's Amended Petition be granted in part and denied in part. Respondent, NCS, does not object to the Report and Recommendation. If the Court adopts Judge Fuller's recommendation, NCS asks for 60 days time to respond for the reasons identified below.

Some of the requests outlined in the Court's report require substantial resources and time to adequately address. Specifically, the report recommends that

1

NCS be ordered to produce additional emails referencing or related to policies and procedures. NCS estimates that it has thousands of emails across several email boxes which may contain documents responsive to the request. NCS does not use an email client like Microsoft Exchange server which allows searching across all mailboxes at once, but instead, NCS's current understanding of its hosted email platform is that each mailbox must be individually searched with keywords to identify responsive documents. It is not yet clear to NCS whether it will require expertise beyond its current in-house resources to perform this work. This effort will require time. NCS requests additional time to produce these documents if the Court adopts Judge Fuller's recommendations.

The second recommendation requiring additional time to comply is the production of additional contracts between NCS and its management company clients. These documents are not stored in a manner in which NCS can easily identify which contracts fall inside the applicable production time period and those that fall outside the production time period. NCS believes it will need to manually review hundreds, and potentially thousands of documents to confirm that the contracts are responsive to the time period covered by the civil investigative demand. This effort will require time.

This request is made in good faith and is not intended to unreasonably delay the Bureau's investigation. Providing this time to respond will not prejudice the

Bureau in any manner and NCS is committed to meeting its obligations as directed by the Court.

For the reasons stated herein, if the Court adopts the Report and Recommendation, NCS respectfully requests that NCS be permitted a 60-day period to comply with the Court's Order.

| | |
|---|---|
| This 10th day of February 2025. | Respectfully submitted, |
| | BEDARD LAW GROUP, P.C. |
| | /s/ John H. Bedard, Jr.<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473 |
| | *Attorney for Respondent,*<br>*National Credit Systems, Inc.* |

Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
E-mail: jbedard@bedardlawgroup.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This 10th day of February 2025.    Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) CIVIL ACTION NO. ) 1:24-CV-05809-TRJ-JCF |
| *Petitioner*, | ) ) ) |
| v. | ) ) |
| NATIONAL CREDIT SYSTEMS, INC., | ) ) ) ) |
| *Respondent*. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this Response to Magistrate Judge Fuller's Report and Recommendation using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Akash Desai
Akash.Desai@usdoj.gov

Sarah Baldwin
Sarah.Baldwin@cfpb.gov

Christine Lerch Kirby
Christine.kirby@cfpb.gov

Stephanie Garlock
Stephanie.garlock@cfpb.gov

This 10th day of February, 2025.

Respectfully submitted,

BEDARD LAW GROUP, P.C.

*/s/John H. Bedard, Jr.*
John H. Bedard, Jr.
Georgia Bar No. 043473